■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YOVANNY GARCIA, Appellant. [810 NYS2d 717]—Appeal from a judgment of the Supreme Court, Monroe County (David D. Egan, J.), rendered November 6, 2002. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed (*see People v Sampel*, 23 AD3d 1078 [2005]). Present—Hurlbutt, J.P., Gorski, Martoche, Smith and Hayes, JJ.